**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| AMRO ELANSARI. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | CASE NO. 2:21-cv-05325-JHS |
| vs. | : | |
| | : | |
| META, INC. d/b/a FACEBOOK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>PRAECIPE FOR ENTRY OF APPEARANCE</u>

TO THE CLERK:

Please enter the appearance of Michael A. Green, Esquire and Joshua D. Groff, Esquire on behalf of Defendant Meta Platforms, Inc., incorrectly named as Meta, Inc. d/b/a Facebook in the matter captioned above.

GREEN, SILVERSTEIN & GROFF, LLC

Dated:  January 6, 2022          By:          /s/ Michael A. Green
                                             Michael A. Green
                                             Joshua D. Groff
                                             215 South Broad Street, Suite 500
                                             Philadelphia, PA 19107
                                             Telephone:  (215) 972-5520
                                             Email:  mgreen@gsglawfirm.com
                                             Email:  jgroff@gsglawfirm.com

CERTIFICATE OF SERVICE

I, Michael A. Green, certify that I caused a true and correct copy of the foregoing

Praecipe for Entry of Appearance to be served via regular mail upon the following:

Amro Elansari
130 Justin Drive
West Chester, PA 19382


 /s/ Michael A. Green
Michael A. Green


Dated: January 6, 2022