### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMRO ELANSARI. | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | CASE NO. 2:21-cv-05325-JHS |
| vs. | : | |
| META, INC. d/b/a FACEBOOK, | : | |
| Defendant. | : | |

### DEFENDANT META PLATFORM, INC.'S MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), Defendant Meta Platform, Inc. ("Meta"), by and through its undersigned counsel, hereby submits this Motion to Dismiss Plaintiff's Complaint. As set forth more fully in Meta's Memorandum of Law and Declaration filed herewith, Plaintiff's lacks standing to bring his claims, Plaintiff fails to state a claim upon which relief can be granted, and Meta is immune from suit for the claims asserted under 47 U.S.C. §230.

WHEREFORE, based on the reasons set forth in the accompanying memorandum of law, Meta respectfully requests this Court to dismiss Plaintiff's claims against it, with prejudice.

Dated: February 21, 2022      By:   /s/ Stephen P. Hall
                                        Michael A. Green
                                        Joshua D. Groff
                                        215 South Broad Street, Suite 500
                                        Philadelphia, PA 19107
                                        Telephone: (215) 972-5520
                                        Email: mgreen@gsglawfirm.com
                                        Email: jgroff@gsglawfirm.com

                                        Stephen P. Hall (pro hac vice)
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        222 Berkeley Street, Suite 2000
                                        Boston, MA 02116
                                        Telephone: (617) 880-1800
                                        Email: stephen.hall@orrick.com


                                        *ATTORNEY FOR DEFENDANT META PLATFORMS, INC.*

## CERTIFICATE OF SERVICE

    I, Stephen P. Hall, certify that I caused a true and correct copy of the foregoing Defendant's Motion to Dismiss to be served via regular mail upon the following:

Amro Elansari<br>
130 Justin Drive<br>
West Chester, PA 19382

                                                    /s/ Stephen P. Hall
                                                    Stephen P. Hall

Dated: February 21, 2022

4130-7124-0465.1