IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMRO ELANSARI,

    Plaintiff,

v.

META, INC. D/B/A FACEBOOK,

    Defendant.

CIVIL ACTION
NO. 21-5325

## ORDER

**AND NOW**, this 30th day of September 2022, upon consideration of Plaintiff's Complaint (Doc. No. 1), it is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 23) is **GRANTED,** and Plaintiff's claims are **DISMISSED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.